IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUMI-LOVE CO., LTD. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. H-05-1253 |
| | ) | |
| MINNACCA, INC. D/B/A/ HOUSE OF MAURI SIMONE | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## FINAL JUDGMENT

On this day, March 10, 2006, in the action pending between Plaintiff, LUMI-LOVE CO., LTD., and Defendant, MINNACCA, INC., the court issued its Opinion on Summary Judgment that Plaintiff's claims must be dismissed, and the court hereby

**ORDERS** that Plaintiff, LUMI-LOVE CO., LTD., take nothing, and that Defendant, MINNACCA, INC., is awarded its costs.

SIGNED at Houston, Texas, this 9th day of March, 2006.

_____

MELINDA HARMON
UNITED STATES DISTRICT JUDGE